**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Cristina Dos Santos, et al.
                              Plaintiff,

v.                                                    Case No.: 1:08−cv−00658
                                                      Honorable Robert M. Dow Jr.

Bayer Corporation, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, February 15, 2008:


   MINUTE entry before Judge Robert M. Dow Jr.:Status hearing set for 3/27/2008
at 09:00 AM. and at least one week prior to the initial status conference, the parties are
directed to file a joint written status report of not more than five pages (see Judge Dow's
web page for Standing Order Regarding Initial Status Reports). At the initial status
conference, counsel will be asked to discuss (i) the nature of the case; (ii) factual and legal
issues; (iii) settlement discussions to date and settlement potential; (iv) discovery taken to
date and anticipated in the future; and (v) potential motions to be filed. Mailed notice(tbk,
)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.