AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CRISTINA DOS SANTOS, et al.

v.

BAYER CORPORATION, et al.

CASE NUMBER: 08cv658

ASSIGNED JUDGE: Judge Dow

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Cox

TO: (Name and address of Defendant)

AVENTIS, INC.
Corporate Service Company
2704 Commerce Drive
Harrisburg, PA 17110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kent Klaudt, No. 183903
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

FEB 0 6 2008

DATE

747054_1.PDF

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                Date                           Signature of Server

              _____
                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

747054_1.PDF

# Affidavit of Process Server

_Cristina De Santos_ vs _Bayer Corporation_    08cv658
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I _John Shintowsky_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Aventis, Inc._
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage

_Summons + Complaint for Damages and injunctive relief._

by serving (NAME) _Paula Washborn, Manager_

at ☐ Home_____
☒ Business _Corporation Service Company, 2704 Commerce Drive, Harrisburg, PA_
☒ on (DATE) _02/08/2008_ at (TIME) _12:47 PM_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

**FILED**
2-19-2008
FEB 19 2008  YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _Paula Washborn, Manager_
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address  ☐ Evading  ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____ , ( ) _____ , ( ) _____
DATE TIME — DATE TIME — DATE TIME
( ) _____ , ( ) _____ , ( ) _____
DATE TIME — DATE TIME — DATE TIME

**Description:**
☐ Male  ☒ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☒ Female  ☐ Black Skin  ☒ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
  ☐ Yellow Skin  ☐ Blond Hair  ☒ 36-50 Yrs.  ☐ 5'4"-5'8"  ☒ 131-160 Lbs.
  ☐ Brown Skin  ☐ Gray Hair  ☐ Mustache  ☐ 51-65 Yrs.  ☒ 5'9"-6'0"  ☐ 161-200 Lbs.
☐ Glasses  ☐ Red Skin  ☐ Red Hair  ☐ Beard  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ _Pennsylvania_   County of ~~Cook~~ _Dauphin_

Subscribed and sworn to before me,
a notary public, this _11_ day of _Feb_, 20 _08_

_Paula K Smith_
NOTARY PUBLIC

SERVED BY
LASALLE PROCESS SERVERS

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PAULA K. SMITH, Notary Public
Susquehanna Twp., Dauphin County
My Commission Expires Feb. 3, 2012

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.