## CERTIFICATE OF SERVICE

The undersigned counsel certifies that he filed Baxter International Inc.'s Answer to Plaintiff's Complaint, Affirmative Defenses, and Demand for Jury Trial electronically through the Court's ECF system and that the same was electronically served upon plaintiffs' counsel Nicholas Diamand, Esquire at ndiamand@lchb.com and Kent Lane Klaudt, Esquire at kklaudt@lchb.com.

The undersigned further certifies that a true and correct copy of Baxter International, Inc.'s Answer to Plaintiffs' Complaint, Affirmative Defenses, and Demand for Jury Trial was served upon:

Heather A. Foster, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Sheldon J. Schlesinger
John Uustal
SHELDON J. SCHLESINGER, P.A.
1212 Southeast Third Avenue
Fort Lauderdale, FL 33316

Lindley J. Brenza
Kaspar J. Stoffelmayr
BARTLIT, BECK, HERMAN, PALENCHAR & SCOTT
1899 Wynkoop Street, 8th Floor
Denver, CO 80202

Kevin Stack
KNAPP, PETERSEN & CLARKE
500 North Brand Boulevard, 20th Floor
Glendale, CA 91203

Geoffrey R. W. Smith
GEOFFREY SMITH, PLLC
1350 I Street, N.W., Suite 900
Washington, DC 20005

Duncan Barr
O'Connor, Cohn, Dillon & Barr
2405 16th Street
San Francisco, CA 94103-4210

Sara J. Gourley
Tamar B Kelber
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

by providing for overnight delivery of the same, through DHL, from 2929 Arch Street, Philadelphia, Pennsylvania, before the hour of 5:00 p.m. on this 29th day of February, 2008.

Gregg W. Marsano, Esquire