| Attorney or Party without Attorney:<br>KENT KLAUDT<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-956-1000   FAX No: 415-956-1008 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>26450001 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| US DISTRICT COURT-NORTHERN DISTRICT OF ILLINOIS |
| Plaintiff: CRISTINA DOS SANTOS, et al. |
| Defendant: BAYER CORPORATION, et al. |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV658 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CERTIFICATE OF SERVICE.

3. a. Party served: BAXTER HEALTHCARE CORPORATION
   b. Person served: MARGARET WILSON, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served: CT CORPORATION SYSTEM
   818 W. 7TH STREET
   LOS ANGELES, CA 90017

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Feb. 05, 2008 (2) at: 11:10AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: BAXTER HEALTHCARE CORPORATION
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST
   b. FIRST LEGAL SUPPORT SERVICES
      1511 W. BEVERY BLVD.
      LOS ANGELES, CA 90071
   c. 213-250-1111

   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 5141
      (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Mon, Feb. 11, 2008

   (DOUG FORREST)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007    PROOF OF SERVICE
SUMMONS & COMPLAINT    6398804.lieca-sf.112874