| | |
|---|---|
| *Attorney or Party without Attorney:*<br>KENT KLAUDT<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP<br>275 BATTERY STREET<br>30th FLOOR<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-956-1000   *FAX No:* 415-956-1008 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>26450001 |

*Insert name of Court, and Judicial District and Branch Court:*
US DISTRICT COURT-NORTHERN DISTRICT OF ILLINOIS

*Plaintiff:* CRISTINA DOS SANTOS, et al.
*Defendant:* BAYER CORPORATION, et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CV658 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CERTIFICATE OF SERVICE.

3. a. Party served: BAYER CORPORATION
   b. Person served: BECKY DEGEORGE, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served: CSC-LAWYERS INCORPORATING SERVICE
   2730 GATEWAY OAKS DRIVE
   SUITE 100
   SACRAMENTO, CA 95823

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Feb. 05, 2008 (2) at: 9:35AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: BAYER CORPORATION
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. MICHAEL MORRIS

   First Legal Support Services
   ATTORNEY SERVICES
   1814 "I" STREET
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 04-009
      (iii) County: Sacramento
      (iv) Expiration Date: Wed, Jul. 30, 2008

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Mon, Feb. 11, 2008

(MICHAEL MORRIS)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

*6398805.lieca-sf.112878*